No. 04-01-00334-CV



IN RE Willie Frank MARSHALL



Original Mandamus Proceeding



Arising from the 81st Judicial District Court, Karnes County, Texas


Trial Court No. 99-01-00167-CVK


Honorable Olin B. Strauss, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Paul W. Green, Justice


Delivered and Filed: June 6, 2001


DENIED

 On May 22, 2001, relator filed a petition for writ of mandamus. The petition does not comply
with Rule 52 of the Texas Rules of Appellate Procedure because it does not contain: (1) in the
appendix, a certified or sworn copy of the order complained of, or any other document showing the
matter complained of, Tex. R. App. P. 52.3(j)(1)(A); or (2) a certified or sworn copy of every
document material to relator's claim for relief and that was filed in any underlying proceeding, Tex. 

R. App. P. 52.7(a)(1). This court has determined that the relator is not entitled to the relief sought.
Therefore, the petition is DENIED, without prejudice. Tex. R. App. P. 52.8(a).

 PER CURIAM

Do Not Publish